### WELLING v. MORRELL.

(Supreme Court, Appellate Term, First Department. December 30, 1915.)

1. APPEAL AND ERROR ⬡⟩664—AMOUNT OF JUDGMENT—RECORD.

The record containing the judgment actually rendered, and showing the amount thereof to be $240, would control over the stenographer's minutes, showing that the trial justice said, "Judgment * * * for $367," that being evidently a mistake.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2856–2859; Dec. Dig. ⬡⟩664.]

---

**2. APPEAL AND ERROR ⬤⟹1151—MODIFICATION—AMOUNT OF JUDGMENT.**
　　Where a correct computation showed that plaintiff was entitled to judg-
ment for but $238, though the record showed judgment actually rendered
for $240, the judgment would be modified, by reducing the amount to $238.
　　[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4498–
4506; Dec. Dig. ⬤⟹1151.]

Appeal from Municipal Court, Borough of Manhattan, First Dis-
trict.

Action by Richard Welling against Gerald Morrell. From a judg-
ment in favor of plaintiff, defendant appeals. Modified and affirmed.

Argued December term, 1915, before GUY, PAGE, and PHIL-
BIN, JJ.

John T. Loew, of New York City, for appellant.
Sobel & Brand, of New York City, for respondent.

PER CURIAM. [1, 2] At the end of the stenographer's minutes
in this case it appears that the justice who tried the case said: "Judg-
ment for the plaintiff for $367." This was evidently a mistake, as
the judgment actually rendered was for the sum of $240, as appears
by the judgment contained in the record, which must control. A cor-
rect computation, however, shows that the plaintiff is entitled to but
$238.

Judgment modified, by reducing the amount of recovery to the sum
of $238, with appropriate costs in the court below, and, as modified,
affirmed, with $25 costs to the respondent.